# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Ryan Paul Van Gorden, aka Ryan Van Gorden, aka Ryan P. Van Gorden, aka Ryan P. Vangorden, dba Van Gorden Quick Lube, fdba Van Gorden Enterprises, fdba Lube Express, fdba Van Gorden Mobile Lube, fdba Van Gorden Citgo Lube, fdba Van Gordens Lube Express, | Chapter | 13 |
| | Case No. | 5:18–bk–02697–JJT |

**Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: January 10, 2019

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)