# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| cr | Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov |
| aty | James W Hennessey | jhennessey@dilworthlaw.com |
| aty | Jennifer L. Maleski | jmaleski@dilworthlaw.com |
| aty | Mario John Hanyon | pamb@fedphe.com |
| aty | Robert P Sheils, III | RSheilsIII@SheilsLaw.com |
| aty | Thomas Song | pamb@fedphe.com |
| aty | Vincent Rubino | VRubino@newmanwilliams.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Ryan Paul Van Gorden | 400 Saw Mill Road | Stroudsburg, PA 18360 |
| cr | PNC Bank, National Association | 201 Penn Avenue | Scranton, PA 18503 |
| 5078059 | ABILITY RECOVERY SERVICE | PO BOX 4031 | WYOMING, PA 18644 |
| 5078060 | APEX ASSET MGT | 2501 OREGON PIKE STE 120 | LANCASTER, PA 17601–4890 |
| 5098764 | AT&T Mobility II LLC | %AT&T SERVICES INC. KAREN A. CAVAGNARO LEAD PARALEGAL ONE AT&T WAY, SUITE 3A104 | BEDMINSTER, NJ. 07921 |
| 5078061 | BLUE RIDGE COMMUNICATIONS | PO BOX 316 | PALMERTON, PA 18071–0316 |
| 5078062 | EMERGENCY CARE SERV OF PA | C/O ARS ACCOUNT RESOLUTION SERV 1643 NW 136TH AVE BLDG H STE 100 | SUNRISE, FL 33323 |
| 5078063 | JACLYN VAN GORDEN | 400 SAW MILL ROAD | STROUDSBURG, PA 18360 |
| 5078064 | JAMES HENNESSEY ESQ | DILWORTH PAXSON LLP 1500 MARKET ST STE 3500E | PHILADELPHIA, PA 19102–2101 |
| 5078065 | JAMES W HENNESSEY ESQ | DILWORTH PAXSON LLP 1500 MARKET ST SUITE 3500E | PHILADELPHIA, PA 19102–2101 |
| 5078066 | JUDI WARNER TAX COLLECTOR | HAMILTON TOWNSHIP PO BOX 308 | SCIOTA, PA 18354 |
| 5107786 | Jennifer L. Maleski | Dilworth Paxson LLP 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 |
| 5078067 | LUBE EXPRESS | 400 SAW MILL ROAD | STROUDSBURG, PA 18360 |
| 5078068 | MONROE COUNTY TAX CLAIM BUREAU | 1 QUAKER PLAZA, ROOM 104 | STROUDSBURG, PA 18360 |
| 5078069 | MSHMC PHYSICIANS GROUP | C/O NATIONAL RECOVERY AGENCY 2491 PAXTON STREET | HARRISBURG, PA 17111 |
| 5078070 | NATIONAL RECOVERY AGENCY | 2491 PAXTON STREET | HARRISBURG, PA 17111 |
| 5078071 | NOTRE DAME SCHOOLS | 60 SPANGENBURG AVENUE | EAST STROUDSBURG, PA 18301 |
| 5078072 | PETRO CHOICE INC | 837 CHERRY ST | PITTSTON, PA 18641 |
| 5078073 | PHELAN HALLINAN DIAMOND JONES | 1617 JFK BLVD SUITE 1400 ONE PENN CENTER PLAZA | PHILADELPHIA, PA 19103 |
| 5078074 | PNC BANK | 201 PENN AVENUE | SCRANTON, PA 18503 |
| 5078076 | PNC BANK | 2730 LIBERTY AVE | PITTSBURGH, PA 15222 |
| 5078075 | PNC BANK | PO BOX 3180 | PITTSBURGH, PA 15230 |
| 5078077 | PNC BANK NA | 201 PENN AVENUE | SCRANTON, PA 18503 |
| 5078674 | PNC BANK, NATIONAL ASSOCIATION | 201 Penn Avenue | Scranton, PA 18503 |
| 5111002 | PNC Bank, N.A. | Attn: Jennifer L. Maleski, Esq. Dilworth Paxson LLP 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 |
| 5103641 | PNC Bank, N.A. | PO Box 94982 | Cleveland, OH 44101 |
| 5078078 | POCONO MEDICAL CENTER | 206 EAST BROWN STREET | EAST STROUDSBURG, PA 18301 |
| 5078079 | PROGRERSSIVE PHYSICIAN ASSOCIATES | C/O AMERICOLLECT INC PO BOX 1566 | MANITOWOC, WI 54221 |
| 5105866 | Pennsylvania Department of Revenue | Bankruptcy Division P O Box 280946 | Harrisburg PA 17128–0946 |
| 5110917 | Petrochoice Inc. | c/o Amato Keating and Lessa, P.C. 107 North Commerce Way | Bethlehem PA 18017 |
| 5078080 | RECEIVABLE MANAGEMENT PARTNERS | PO BOX 349 | GREENSBURG, IN 47240–0349 |
| 5078081 | ROUNDPOINT MORTGAGE | 5032 PARKWAY PLAZA BLVD | CHARLOTTE, NC 28217 |
| 5093644 | RoundPoint Mortgage Servicing Corporation | 5016 Parkway Plaza Blvd., Buildings 6 & 28217 | Charlotte, NC |
| 5078082 | STEVE SHANNON | STEVE SHANNON TIRE CO INC PO BOX 803 | BLOOMSBURG, PA 17815 |
| 5078083 | UNIFIRST CORPORATION | 1072 HANOVER STREET | WILKES BARRE, PA 18706 |
| 5078084 | UNIFIRST CORPORATION | C/O JOHN DORAN ESQ – DORAN & DORAN 69 PUBLIC SQUARE STE 700 | WILKES BARRE, PA 18701–2588 |
| 5078085 | VAN GORDEN CITGO LUBE INC | 400 SAW MILL ROAD | STROUDSBURG, PA 18360 |
| 5078086 | VAN GORDEN CITGO LUBE INC | 820 N 9TH STREET | STROUDSBURG, PA 18360 |

```
5078087     VAN GORDEN CITIGO LUBE        820 N 9TH STREET       STROUDSBURG, PA 18360
5078088     VAN GORDEN ENTERPRISES INC.        820 N 9TH STREET       STROUDSBURG, PA 18360
5078089     VAN GORDEN MOBILE LUBE        400 SAW MILL ROAD      STROUDSBURG, PA 18360
5078090     VAN GORDENS LUBE EXPRESS        400 SAW MILL ROAD       STROUDSBURG, PA 18360
5078091     WENDY BOGART SHIFFER        TAX COLLECTOR        PO BOX 128       STROUDSBURG, PA
            18360
```

TOTAL: 43